IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUSAN MARCOS-CHAVELA,

          Plaintiff,

v.

LSDAS; SEATTLE UNIVERSITY LAW SCHOOL; WASBY UNIVERSITY LAW SCHOOL; and GEORGE WASHINGTON UNIVERSITY,

          Defendants.

No. 3:19-cv-01000-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

DATED this 12 day of July, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT